UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN BAUER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>                Plaintiff,<br><br>v.<br><br>IVEST 360, LLC d/b/a FAST CAPITAL 360, FAST CAPITAL 360, IVEST 360 SYNDICATION GROUP, INC. d/b/a FAST CAPITAL 360; and DOES 1 through 10, inclusive,<br>                Defendants. | Civil Action<br>No. 17-cv-01030-AB |

**ORDER**

AND NOW, this _12th_ day of _September_ 2017, upon consideration of Defendants' Motion to Stay Proceedings Pending Ruling by the D.C. Circuit Court of Appeals, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that:

    A.    The above-captioned matter is **STAYED**;

    B.    Within fourteen (14) days of the D.C. Circuit Court of Appeals' ruling in *ACA International v. Federal Communications Commission*, Case No. 15-1211 (D.C. Cir. 2015), the parties shall notify the Court in writing that the proceedings in the D.C. Circuit Court are concluded.

_____
The Honorable Anita B. Brody
United States District Judge

Copies via ECF on ____

5171999