IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN BAUER, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No.  17-1030 |
| v. | : | |
| | : | |
| IVEST 360, LLC, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 18th day of April 2018, it is **ORDERED** the **STAY** is **LIFTED**.[1] A new scheduling order will issue.

S/Anita B. Brody
ANITA B. BRODY, J.

---

[1] On September 12, 2017, the Court granted Defendants' motion to stay proceedings pending a ruling by the U.S. Court of Appeals for the D.C. Circuit in *ACA Int'l v. Fed. Commc'ns Comm'n*. On March 16, 2018, the D.C. Circuit issued its opinion.