**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN BAUER, | : | CIVIL ACTION |
| Plaintiff(s), | : | No. 17-1030 |
| | : | |
| v. | : | |
| | : | |
| IVEST 360, LLC, dba Fast Capital 360, et al. | : | |
| | : | |
| Defendant(s) | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 18th day of April, 2018, it is ORDERED that the Court's Scheduling Order (ECF No. 15) is **AMENDED** as follows:

1. Pretrial timetable:

   - All discovery must be completed on or before: **September 18, 2018**.

   - Motions for class certification and Daubert motions due **October 23, 2018**.

   - Plaintiff's expert reports due on or before**: August 21, 2018**.

   - Defendants' expert reports due on or before: **September 4, 2018**.

   - Depositions of experts must be completed on or before: **September 18, 2018**.

   - Dispositive motions due on or before: **October 23, 2018**.

   - After all dispositive motions have been decided or when no dispositive motions have been filed and the time for filing dispositive motions has elapsed, the parties will be given notice of a trial date, a Final Pretrial Conference, and deadlines for pretrial filings.

2. Unless the parties agree to another form of alternative dispute resolution, United States Magistrate Judge David R. Strawbridge will contact the parties regarding the scheduling of a settlement conference.   Judge Strawbridge requires that lead counsel and parties with full settlement authority attend the conference.

3. All summary judgment motions and responses must contain a statement of undisputed and disputed facts with citations to the record, including to the specific exhibit, page, and line number.  A party is granted 21 days to file a response in opposition to a motion for summary judgment and 10 days to file any reply or surreply.  Motions for leave to file a reply and surreply are not necessary for a Rule 56 motion because replies and surreplies are automatically allowed.

4. **REMINDER:** Counsel must submit to chambers TWO courtesy hard copies of all papers filed with the Clerk of Court or filed on ECF.  Courtesy copies should include the ECF docket entry number on the first page.  All exhibits should be separated by tabbed dividers.

5. Your case has been assigned to Law Clerk Alisa Rodier, alisa_rodier@paed.uscourts.gov.

6. Judge Brody's Policies and Procedures can be accessed via the United States District Court for the Eastern District of Pennsylvania's website at **www.paed.uscourts.gov**.

                                                                                  s/Anita B. Brody

                                                                          _____

                                                                          ANITA B. BRODY, J.